**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                   **CRIMINAL ACTION NO. 1:05CR124-P-D**

**LORA R. RATLIFF,**                                                   **DEFENDANT.**

### ORDER OF CONTINUANCE

This matter comes before the court upon the Government's first motion to continue [44]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for December 15, 2008. The Government seeks a continuance of trial to accommodate attendance of two essential witnesses, Postal Inspector Norbert Jaworowski and Postal Analyst Simonique Washington. Defense counsel has advised that he does not object to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from December 15, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(3)(A) because, given the circumstances described above, a continuance is necessary to afford the Government more time to acquire the attendance of essential witnesses.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The Government's first motion to continue [44] is **GRANTED**;

(2) Trial of this matter is continued until Monday, March 9, 2009 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from December 15, 2008 to March 9, 2009 is excluded from Speedy Trial Act

considerations as set out above;

    (4) The deadline for filing pretrial motions is February 17, 2009; and

    (5) The deadline for submitting a plea agreement is February 23, 2009.

**SO ORDERED** this the 3rd day of December, A.D., 2008.

                                                                /s/ W. Allen Pepper, Jr.  
                                                                 W. ALLEN PEPPER, JR.  
                                                                  UNITED STATES DISTRICT JUDGE