**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                            **CRIMINAL ACTION NO. 1:05CR124-P-D**

**LORA R. RATLIFF,**                                           **DEFENDANT.**

**ORDER**

This matter comes before the court upon the Defendant's March 12, 2009 motion *in limine* [54] to exclude the testimony of the Government's finger print expert. After due consideration of the motion conducted in chambers on the first day of trial, the court concludes that the motion should be denied as untimely. The parties have agreed to allow defense counsel to meet with the subject finger print expert, Mr. Lloyd, before he testifies.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's motion *in limine* [54] is **DENIED**.

**SO ORDERED** this the 16th day of March, A.D., 2009.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE